# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| RACHAEL MANEY, | |
| Plaintiff, | |
| v. | Civil Action No. 2:19-cv-02899-BHH |
| MASON PREPARATORY SCHOOL, | |
| Defendant. | |

## MOTION TO REOPEN ACTION

On June 15, 2020, after the Parties informed the Court that they had reached an agreement in principle on terms to settle this matter, the Court issued a *Rubin* Order dismissing the matter without prejudice and allowing the Parties sixty days to reopen the case and restore it to the calendar, [Doc. No. 33] and the Court subsequently extended the deadline to September 28, 2020 [Doc. No. 35]. The Parties have continued to negotiate the language of the settlement documents, but have come to an impasse.

Accordingly, Plaintiff with consent of Defendant, seeks an Order reopening the matter and restoring it to the Court's calendar. The Parties further seek a status conference to update the Court on the status of the settlement negotiation, as well as to discuss a revised scheduling order.

1

2

Dated: September 28, 2020

Respectfully submitted,

/s/Reed Colfax
Reed N. Colfax*
RELMAN COLFAX PLLC
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
(202) 728-1888
rcolfax@relmanlaw.com
*admitted pro hac vice

Marybeth Mullaney, Esq., Fed. ID # 11162
LAW OFFICE OF MARYBETH MULLANEY
1037-D Chuck Dawley Boulevard, Suite 104
Mount Pleasant, SC 29464
marybeth@mullaneylaw.net
(843) 588-5587

Attorneys for Plaintiff

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 28th day of September, 2020, a true and correct copy of the foregoing was filed and served on all counsel of record using the Court's CM/ECF system.

/s/Reed Colfax
Reed Colfax

3