# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| RACHAEL MANEY, ) | C.A. NO. 2:19-CV-02899-BHH |
| ) | |
| PLAINTIFF, ) | |
| ) | NOTICE OF REQUEST FOR |
| vs. ) | PROTECTION FROM COURT |
| ) | APPEARANCE |
| MASON PREPARATORY SCHOOL ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

      Pursuant to Local Rule 6.02 D.S.C, Brian L. Quisenberry, counsel for Defendant Mason Preparatory School, respectfully requests protection from hearings or any other appearances in this action from Monday, April 12, 2021 through and including Tuesday, April 20, 2021, and Wednesday, April 28, 2021 through and including Monday, May 3, 2021 due to a pre-planned family vacations. On February 4, 2021, Attorney Quisenberry was granted protection for these dates in other District Court cases, and cases pending in Charleston County Common Pleas. Mr. Quisenberry filed his Notice of Appearance in this case on March 4, 2021, and therefore now submits the same requests to this Court.

      CLEMENT RIVERS, LLP

      By: s/ Brian L. Quisenberry
      Brian L. Quisenberry, Esq. (Federal ID No. 9684)
      Email: bquisenberry@ycrlaw.com
      P.O. Box 993, Charleston, SC 29402-0933
      25 Calhoun Street, Suite 400, Charleston, SC 29401
      Telephone: (843) 724-6641
      Fax: (843) 579-1325
      *Attorneys for Defendant Mason Preparatory School*

Charleston, South Carolina

Dated: March 24, 2021