UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Rachael Maney,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>Mason Preparatory School,<br><br>　　　　　　Defendant. | Civil Action No.: 2:19-cv-02899-BHH-MHC<br><br><br>**CONSENT MOTION TO STAY CASE FOR 60 DAYS** |

　　　COMES NOW DEFENDANT, by and through undersigned counsel, who hereby moves the Court for an Order staying this case for 60 days.  Defendant submits this Motion is necessary for newly engaged counsel to thoroughly review all materials developed in the case thus far.  During the period of the proposed stay, the parties will conduct mediation on July 21, 2021.

　　　Plaintiff consents to the proposed stay.


　　　**WE SO MOVE:**



s/Amy L. Gaffney
Amy L. Gaffney (Federal I.D. Number 6316)
Randi Lynn Roberts (Federal I.D. Number 12462)
Christina M. Summer (Federal I.D. Number 7698)
Emmanuel J. Ferguson, Sr. (Federal I.D. Number 11941)
GAFFNEYLEWIS, LLC
3700 Forest Drive, Suite 400
Columbia, SC 29204
(803) 790-8838
agaffney@gaffneylewis.com
rlroberts@gaffneylewis.com
csummer@gaffneylewis.com
eferguson@gaffneylewis.com
**Attorneys for Mason Preparatory School**

**WE CONSENT:**

s/Reed N. Colfax
Reed N. Colfax
Relman Colfax PLLC
Admitted Pro Hac Vice
1225 19th Street, N.W., Suite 600
Washington, DC 20036
(202) 728-1888
rcolfax@relmanlaw.com

Marybeth Mullaney
Law Office of Marybeth Mullaney
Federal I.D. No. 11162
1037-D Chuck Dawley Blvd, Suite 104
Mount Pleasant, SC 29464
(843) 588-5587
rmarybeth@mullaneylaw.net
**Attorneys for Plaintiff**