UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| Rachael Maney, | Civil Action No.: 2:19-cv-02899-BHH |
|---|---|
| Plaintiff, | |
| vs. | **ORDER STAYING CASE** |
| Mason Preparatory School, | |
| Defendant. | |

This matter is before the Court upon the Motion of Defendant, with the consent of Plaintiff, for a 60-day Stay of this case. During the Stay, counsel have indicated they will conduct mediation on July 21, 2021.

Therefore, it is ORDERED that this case is STAYED for a period of 60 days, during which time counsel will conduct mediation.

AND IT IS SO ORDERED.

s/Bruce H. Hendricks
United States District Judge

June 8, 2021